**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01256-CV

**ALFREDO CORNEJO, Appellant**

**V.**

**ANTHONY JONES, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02958-A**

## ORDER

We **GRANT** appellee's February 6, 2013 unopposed second motion for an extension of time to file a brief. Appellee shall file his brief on or before March 8, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE